```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

JULIE LOVE,

    Plaintiff,

v.                        Case No: 2:20-cv-379-JES-MRM

LEE MEMORIAL HEALTH SYSTEM
d/b/a CAPE CORAL HOSPITAL
and JEOVANNI HECHAVARRIA,
R.N.,

    Defendants.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #62) filed on January 13, 2022. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk is directed to terminate any previously scheduled deadlines and pending motions, and close the case pursuant to the parties' stipulation.

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of January, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record